# Exhibit C



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Birmingham District Office**

Ridge Park Place
1130 22nd Street, Suite 2000
Birmingham, AL 35205
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Birmingham Status Line: 866-408-8075
Birmingham Direct Dial: (205) 212-2100
TTY (205) 212-2112
FAX (205) 212-2105
Website: www.eeoc.gov

Our Reference:
Charge No. **420-2017-03023**
Shawnetta Collins v. Koch Foods

Shawnetta Collins
C/o Allison P. Smith
Haynes & Haynes
1600 Woodmere Drive
Birmingham, AL 35226

Dear Ms. Smith:

This is to confirm receipt of your email dated October 8, 2017.  You provided information that you wanted to be considered in your charge of discrimination.  The information you submitted was considered prior to the recommendation for dismissal.  The recommendation for dismissal will be made because evidence of record does not substantiate a violation of the statutes that the EEOC enforces.

The additional information submitted on failed to substantiate your client's allegation of discrimination.  Therefore, the evidence of record does not suggest a violation of any law enforced by the Commission.  A Dismissal and Notice of Rights is enclosed.  If you decide to pursue the case in Federal District Court, you must do so within ninety (90) days from the date of your receipt of the Dismissal and Notice of Rights.

If you require additional information, you may contact me by email at michael.albert@eeoc.gov or by phone at (205)212-2111.

Sincerely,

NOV 0 9 2017
_____
Date Mailed

*Michael Albert*
_____
Michael Albert
Federal Investigator

Enclosure