FILED

2019 Jan-11  PM 05:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHAWNETTA COLLINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:18-cv-211-ACA** |
| | ) | |
| **KOCH FOODS INC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## AMENDED SCHEDULING ORDER

The parties filed a Joint Status Report & Motion to Extend Discovery Deadline (Doc. 25) on January 4, 2019. A scheduling conference was held, in chambers, January 11, 2019. For the reasons discussed in the scheduling conference, the Motion to Extend Discovery Deadline is GRANTED.

The Court extends the discovery deadline until April 1, 2019 and the dispositive motion deadline until May 1, 2019. The trial is scheduled for November 18, 2019. No further extensions will be granted.

**DONE** and **ORDERED** this January 11, 2019.

ANNEMARIE CARNEY AXON
U.S. DISTRICT JUDGE