# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SHAWNETTA COLLINS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.:** |
| **vs.** ) | |
| ) | **2:18-cv-00211-ACA** |
| **KOCH FOODS, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT MOTION TO EXTEND DEADLINE TO SUBMIT PETITION FOR ATTORNEYS' FEES AND COST BILLS

COMES NOW Plaintiff Shawn Collins and Defendants Koch Foods, Inc. and Koch Foods of Alabama, LLC, and hereby move this Honorable Court for an Order extending the time for the parties to submit Petitions for Attorneys' Fees and Cost Bills in this case.  The current deadline for filing is May 5, 2020.  The parties agree that the deadline should be extended until post-judgment motions have been decided.  One or both parties anticipate filing post-judgment motions.  The parties agree that after all post-judgment motions have been decided they will submit to the Court whether the appropriate motions should be filed before or after the appeal process.

Wherefore the parties move for an Order extending the time for the parties to submit Petitions for Attorneys' Fees and Costs Bills from the current deadline.

Respectfully submitted,

| | |
|---|---|
| /s/ Alicia K. Haynes | /s/ Janell Ahnert |
| Alicia K. Haynes | Janell M. Ahnert |
| Brian O. Noble | Katherine Suttle Weinert |
| HAYNES & HAYNES, P.C. | Charles A. Powell IV |
| 1600 Woodmere Drive | Littler Mendelson P.C. |
| Birmingham, AL 35226 | 420 20th Street North |
| Phone: (205) 879-0377 | Birmingham, Alabama 35203 |
| | |
| Heather N. Leonard | Attorneys for Defendants |
| HEATHER LEONARD, P.C. | |
| 2105 Devereux Circle, Suite 111 | |
| Birmingham, Alabama 35243 | |
| Phone: (205) 977-5421 | |

Cynthia Forman Wilkinson
WILKINSON LAW FIRM PC
215 Richard Arrington, Jr. Blvd.
Suite 301
Birmingham, AL   35203
Phone: (205) 250-7866

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record. There are no parties who do not participate in the CM/ECF system.

*/s/ Alicia K. Haynes*
OF COUNSEL