IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHAWNETTA COLLINS, | ) |
| Plaintiff, | ) |
| v. | ) 2:18-cv-00211-ACA |
| KOCH FOODS INC., et al., | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL

COME NOW Plaintiff Shawnetta Collins and Defendants Koch Foods, Inc., and Koch Foods of Alabama, LLC, and hereby notify the Court that the parties have resolved all claims in this matter, including claims for equitable relief, instatement or front pay, supplemental back pay, and attorney's fees in this case. Therefore, the Parties stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned litigation is dismissed WITH PREJUDICE, with each party to bear her/their own costs.

Respectfully submitted on the 1st day of March 2023.

*/s/ Charles Guerrier*
Alicia K. Haynes
Charles Guerrier
HAYNES & HAYNES, P.C.
1600 Woodmere Dr.
Birmingham, AL 35226
akhaynes@haynes-haynes.com
ceguerrier@haynes-haynes.com

Heather N. Leonard
HEATHER LEONARD, P.C.
2105 Devereux Circle, Suite 111
Birmingham, Alabama 35243
Heather@HeatherLeonardPC.co

Cynthia Forman Wilkinson
WILKINSON LAW FIRM PC
1717 3rd Avenue North, Suite A
Birmingham, AL 35203
cwilkinson@wilkinsonfirm.net

Attorneys for Plaintiff

*/s/ Janell M. Ahnert*
Janell M. Ahnert
LITTLER MENDELSON P.C.
420 20th Street North
Birmingham, Alabama 35203
jahnert@littler.com

Attorney for Defendants